# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Donna Spalla

                                                 Plaintiff,

v.                                                          Case No.: 1:22−cv−03066
                                                              Honorable Joan B. Gottschall

Kohn Law Firm, S.C., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the plaintiff's notice of voluntary dismissal [6], this case is dismissed with prejudice. The parties shall bear their own costs and fees. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.